# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ASI, INC., <br><br> Plaintiff, <br><br> v. <br><br> AQUAWOOD, LLC; BANZAI INTERNATIONAL LTD.; CHAN MING YIU a/k/a Samson Chan; CHAN SIU LUN a/k/a Alan Chan; DOLLAR EMPIRE LLC; BRIAN DUBINSKY; JUN TAI CO LTD.; LIU YI MAN a/k/a LISA LIU; PETER MAGALHAES; MANLEY TOY DIRECT, LLC a/k/a Worldwide Toy Direct; MGS INTERNATIONAL, LLC; PARK LANE SOLUTIONS, LTD; RICHARD TOTH; TOY NETWORK, LLC; TOY QUEST LTD.; WELLMAX TRADING LTD.; WINNING INDUSTRIAL LTD., and MICHAEL WU, <br><br> Defendants. | Civil No. 19-cv-0763 (NEB/HB) <br><br> **ORDER ON MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND** |

This matter is before the Court on a Motion for Extension of Time to File Answer or Otherwise Plead (ECF No. 43), pursuant to Federal Rule of Civil Procedure 6. Having reviewed the motion and the files and records herein, finding good cause has been shown, and also taking account certain considerations affecting the Court's calendar,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 43) is **GRANTED**. Defendants shall have until and including **September 3, 2019** to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's time to respond to any Rule 12 Motion to Dismiss filed by any of the Defendants will be **60 days after the filing** of any such

motion. Defendants' reply to Plaintiff's response will be due as provided by Local Rule 7.1(c) and any applicable Practice Pointers for the Honorable Nancy E. Brasel, United States District Court Judge, unless a request for extension is granted by Judge Brasel for specific good cause shown.

Dated: July 24, 2019                      s/ *Hildy Bowbeer*
                                          HILDY BOWBEER
                                          United States Magistrate Judge