**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ASI, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AQUAWOOD, LLC; BANZAI INTERNATIONAL LTD.; CHAN MING YIU a/k/a Samson Chan; CHAN SIU LUN a/k/a Alan Chan; DOLLAR EMPIRE LLC; BRIAN DUBINSKY; JUN TAI CO LTD.; LIU YI MAN a/k/a LISA LIU; PETER MAGALHAES; MANLEY TOY DIRECT, LLC a/k/a Worldwide Toy Direct; MGS INTERNATIONAL, LLC; PARK LANE SOLUTIONS, LTD; RICHARD TOTH; TOY NETWORK, LLC; TOY QUEST LTD.; WELLMAX TRADING LTD.; WINNING INDUSTRIAL LTD., and MICHAEL WU,<br><br>Defendants. | CASE NO.: 0:19-cv-00763 (JRT/HB)<br><br>**CHAN MING YIU a/k/a SAMSON CHAN, CHAN SIU LUN a/k/a ALAN CHAN, LIU YI MAN a/k/a LISA LIU, TOY QUEST LTD., PARK LANE SOLUTIONS LTD., AND BANZAI INTERNATIONAL LTD.'S MOTION TO DISMISS** |

Defendants Chan Ming Yiu a/k/a Samson Chan, Chan Siu Lun a/k/a Alan Chan, Liu Yi Man a/k/a Lisa Liu, Toy Quest Ltd., Park Lane Solutions Ltd., and Banzai International Ltd.'s (collectively "Movants"), move this Court for an order dismissing the Movants from this case for lack of personal jurisdiction and failure to state a claim upon which relief may be granted. This Motion is based on the Memorandum of Law filed in accordance with Local Rule 7.1 and the arguments of counsel, together with all of the files, records, and proceedings to date.

Dated this 10th day of September, 2019.

*/s/ Kamal Ghali*
John E. Floyd (Pro Hac Vice)
Georgia Bar No. 266413
floyd@bmelaw.com
Kamal Ghali (Pro Hac Vice)
Georgia Bar No. 805055
ghali@bmelaw.com
Solesse L. Altman (Pro Hac Vice)
Georgia Bar No. 442827
altman@bmelaw.com

Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Stephen Schemenauer
James Schoeberl
**Stinson, LLP**
50 South Sixth Street
Suite 2600
Minneapolis, Minnesota 55402
Phone: (612) 335-1891 Direct
steve.schemenauer@stinson.com
james.schoeberl@stinson.com

*Attorneys for Defendants* Banzai International Limited, Chan Ming Yiu a/k/a Samson Chan, Chan Siu Lun a/k/a Alan Chan, Liu Yi Man a/k/a/ Lisa Liu, Park Lane Solutions Limited, and Toy Quest Limited