IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| ASI, INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 0:19-cv-00763 |
| AQUAWOOD, LLC, et al. | |
| Defendants, | |

**AMENDED COMPLAINT – EXHIBIT INDEX**

| Exhibit | Description | |
|---|---|---|
| A | Big Lots – Electronically Submitted Invoices and Payments | FILED UNDER SEAL |
| B | Dollar General – Electronically Submitted Invoices and Payments | FILED UNDER SEAL |
| C | Michaels – Electronically Submitted Invoices and Payments | FILED UNDER SEAL |
| D | Target – Electronically Submitted Invoices (Pre-March 24, 2016) | FILED UNDER SEAL |
| E | Target – Electronically Submitted Invoices (Post-March 24, 2016) | FILED UNDER SEAL |
| F | Dollar Empire – Payments to SLB Companies (Post-March 24, 2016) | |

| Exhibit | Description | |
|---|---|---|
| G | Target – Electronically Submitted Payments | FILED UNDER SEAL |
| H | Bed Bath & Beyond – Payments | FILED UNDER SEAL |
| I | "Toy Quest" Invoices to Dollar Empire | |
| J | Bed Bath & Beyond – Purchase Orders (2013 - 2016) | FILED UNDER SEAL |
| K | Toy Quest Import Orders (Jan 1, 2015 - Dec 31, 2015) | FILED UNDER SEAL |
| L | Fraudulent SLB "Sales" or "Consignments" to Dollar Empire that Actually Were Sent to Des Moines, Iowa | |

Dated May 17, 2021                    By:  */s/ Shelli L. Calland*

Stephen A. Weisbrod (*admitted pro hac vice*)
Shelli L. Calland (*admitted pro hac vice*)
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Avenue, NW, 4th Floor
Washington, DC 20036
Tel: (202) 499-7900
sweisbrod@wmclaw.com
scalland@wmclaw.com

Keith M. Sorge (MN Bar No. 0326665)
ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.
500 Young Quinlan Building

81 South Ninth Street
Minneapolis, MN 55402
Phone: (612) 339-3500

*Counsel for Plaintiff ASI, Inc.*