**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ASI, Inc.,                                             Case No. 19-cv-763 (JRT/DTS)

     Plaintiff,

v.                                                     **ORDER**

Aquawood, LLC, et al.,

     Defendants.

Defendants jointly move for the reimbursement of expert fees. Dkt. No. 1567. Plaintiff ASI, Inc. opposes the motion on grounds of reasonableness and untimeliness. Dkt. No. 1583.

"Unless manifest injustice would result, the court must require that the party seeking discovery: (i) pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A)[.]" Fed. R. Civ. P. 26(b)(4)(E)(i). To facilitate this reimbursement process in this already prolonged case, the Court ordered the parties to "send the deposing party an invoice within seven days of the expert's deposition." Dkt. No. 1291.

Defendants failed to comply with this deadline. ASI deposed the Hong Kong Defendants' expert on July 3, 2025, and the Domestic Defendants' expert on July 9, 2025. Dkt. No. 1570 at 1. Defendants sent ASI invoices for the experts on August 12 and 13, 2025. *Id.* Rather than request an extension of this one-week deadline (either before or after the deadline had passed), Defendants have elected to treat this deadline—a court order—as immaterial. The Court has repeatedly warned both parties about the consequences of noncompliance with its orders. Because Defendants failed to comply

with this Court's one-week deadline to submit expert-fee invoices, the Court denies their request for the reimbursement of expert fees as untimely.

**IT IS HEREBY ORDERED:** Defendants' Joint Motion for Expert Fees (Dkt. No. 1567) is **DENIED**.


Dated: May 4, 2026                                     s/ David T. Schultz_____
                                                       DAVID T. SCHULTZ
                                                       United States Magistrate Judge