**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ASI, INC.,

Plaintiff,

v.

AQUAWOOD, LLC, et al.,

Defendants.

Civil No. 19-763 (JRT/DTS)

**ORDER**

In an Order dated September 24, 2026, the Court dismissed this case as a sanction. *ASI, Inc. v. Aquawood, LLC*, Civ. No. 19-763, 2026 WL 2905931 (D. Minn. Sept. 24, 2026). On October 23, 2026, Plaintiff ASI, Inc. filed a letter requesting permission to file a motion to reconsider (Docket No. 1613) and a motion to reconsider (Docket No. 1607). That same day, ASI filed a Notice of Appeal to the Eighth Circuit. (Docket No. 1614.)

Local Rule 7.1 provides that "a party **must not** file a motion to reconsider" except with the Court's permission. LR 7.1(j) (emphasis added). Additionally, "[o]nce a notice of appeal is filed, the district court is divested of jurisdiction over matters on appeal." *FutureFuel Chem. Co. v. Lonza, Inc.*, 756 F.3d 641, 648 (8th Cir. 2014) (quoting *Missouri ex rel. Nixon v. Coeur D'Alene Tribe,* 164 F.3d 1102, 1106 (8th Cir. 1999)).

The Court will not address the pending request by ASI to file a motion for reconsideration because the Court is currently divested of jurisdiction with respect to that request, and therefore it will strike ASI's Motion for Reconsideration as improperly filed.

Also on October 23, 2026, Defendants filed a letter seeking permission to renew requests and motions related to sanctions and fees that were pending at the time the case was dismissed. (Docket No. 1606.) Although "a district court retains jurisdiction over collateral matters, such as attorney's fees or sanctions, while an appeal is pending," *FutureFuel Chem Co.*, 756 F.3d at 648 (quoting *Nixon*, 164 F.3d at 1107 n.3), the Court will decline to address these matters until the appeal is resolved.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that ASI, Inc.'s Motion to Alter or Amend Judgment (Docket No. [1607]) is **STRUCK as improperly filed**.

DATED: October 30, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge