**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ASI, INC.,

Plaintiff,

v.

AQUAWOOD, LLC, et al.,

Defendants.

Civil No. 19-763 (JRT/DTS)

**ORDER GRANTING PLAINTIFF ASI, INC.'S MOTION TO STAY BILL OF COSTS PENDING APPEAL**

---

In an Order dated September 24, 2026, the Court dismissed this case as a sanction. *ASI, Inc. v. Aquawood, LLC*, Civ. No. 19-763, 2026 WL 2905931 (D. Minn. Sept. 24, 2026). On October 23, 2026, Plaintiff ASI, Inc. appealed that Order to the Eighth Circuit Court of Appeals. (Docket No. 1614.) On October 30, 2026, the Court issued an order stating that it would not consider attorney's fees or sanctions while the appeal was pending. (Docket No. 1622.) On November 9, 2026, the Court granted in part certain Defendants' Motion[1] for Extension of Time and ordered that any motions for sanctions or attorney's fees must be filed within 30 days of the Eighth Circuit's mandate. (Docket No. 1631.) On October

[1] The motion was brought by Aquawood, LLC, Brian Dubinsky, Peter Magalhaes, MGS International LLC, Richard Toth, Michael Wu, Dollar Empire, LLC, and Wellmax Trading Ltd. (the "Domestic Defendants") and Chan Ming Yiu a/k/a Samson Chan; Chan Siu Lun a/k/a Alan Chan; Liu Yi Man a/k/a Lisa Liu; Toy Quest, Ltd.; Park Lane Solutions, Ltd.; and Banzai International (the "Hong Kong Defendants").

9, 2026, two separate groups of Defendants each filed a Bill of Costs. (Docket Nos. 1632,[2] 1633.[3])

On November 10, 2026, those same two separate groups of Defendants each filed cross appeals to the Eighth Circuit. (Docket Nos. 1635, 1636.)

ASI, Inc. now moves the Court to stay Defendants' Bills of Costs, and the consideration, taxation, and collection thereof pending the resolution of its appeal. (Nov. 11, 2026, Docket No. 1637.) The Court will grant this motion and will order that the Bills of Costs will be stayed until after all currently pending appeals of this matter are decided by the Eighth Circuit Court of Appeals.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. ASI, Inc.'s Motion to Stay Bill of Costs Pending Appeal (Docket No. [1637]) is **GRANTED**. The Bills of Costs (Docket Nos. [1632], [1633]) are stayed until after all appeals in this matter are decided by the Eighth Circuit Court of Appeals.

2. ASI, Inc. will respond to the Bills of Costs (Docket Nos. [1632], [1633]) within fourteen (14) days after the Court of Appeals issues its final mandate in the

---

[2] This motion was brought by the Domestic Defendants.

[3] This motion was brought by the Hong Kong Defendants.

currently pending appeals (Court of Appeals Docket Nos. 26-3249, 26-3312, 26-3313).

3. ASI, Inc.'s Motion for Extension of Time (Docket No. [1644]) is **DENIED as moot.**

DATED: November 20, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge